IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-473-DCK

| | |
|---|---|
| OWEN HARTY, individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| COMMERCIAL NET LEASE REALTY LP ) | |
| LTD., a Delaware Limited Liability Company, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Response To Order To Show Cause" (Document No. 18) filed on May 27, 2010. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this matter is now ripe for disposition. The Court was frankly perplexed by counsel's explanation that she had somehow confused this case with a separate case filed in a completely different district. However, having fully considered the record, the undersigned will <u>allow</u> the Plaintiff's requested extension, with modification.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall have up to and including **June 15, 2010** to file either a response to the motion to dismiss or a voluntary dismissal.

**IT IS SO ORDERED.**

Signed: June 1, 2010

David C. Keesler
United States Magistrate Judge