# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Owen Harty,

          Plaintiffs,                  JUDGMENT IN A CIVIL CASE

vs.                              3:09-cv-473-DCK

Commercial Net Lease Realty LP, Ltd.,

          Defendants.


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 30, 2010 Order.


          Signed: June 30, 2010

Frank G. Johns, Clerk
United States District Court